# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KATHRINE ANNE LAFRENIERE, | Case No. 2:24-cv-1691-RAJ |
| Plaintiff, | |
| v. | **ORDER** |
| MERIDIAN SCHOOL DISTRICT, is a municipal corporation, and is sued in its capacity as a municipal entity, JAMES EVERETT, in his official capacity as Superintendent Meridian School District KURT HARVILL, in his official capacity as Assistant Superintendent, Meridian High School, | |
| Defendants. | |

THIS MATTER comes before the Court on Defendants' Motion to Dismiss for Lack of Service (Dkt. # 16) and Plaintiff's Motion for Leave to Cure Service Defect (Dkt. # 22). The Court has reviewed the motions, the materials filed in support of the motions, the balance of the record, and the governing law. This Court held a telephone conference on May 13, 2025. The Court GRANTS in part and DENIES in part Plaintiff's Motion for Leave and DENIES Defendants' Motion to Dismiss.

ORDER – 1

The Court summarizes the rulings made in the telephone conference as follows:

1. The Court DENIES Defendants' Motion to Dismiss for Lack of Service. Dkt. # 16.

2. The Court GRANTS in part Plaintiff's Motion for Leave to Cure Service Defect. Dkt. # 22. Upon the record and representations made by the parties during the telephone conference, Plaintiff has properly served Defendants Meridian School District and James Everett. Under Federal Rule of Civil Procedure 4(m), the Court exercises its discretion to extend Plaintiff's time to serve Defendant Kurt Harvill within **thirty (30) days** of this Order. Plaintiff must effectuate service in accordance with the Federal Rules of Civil Procedure and Washington State law. The Court DENIES Plaintiff's request to have the U.S. Marshals effectuate service on Defendants and Plaintiff's request to amend the Complaint. *See id* at 5.

3. Throughout the briefing in the matter, the parties also raised other requests that the Court denies as follows:

    a. Defendants' request to strike Plaintiff's Motion for Leave to Cure Service Defect. Dkt. # 25 at 3–4.

    b. Plaintiff's demand for production of opposing counsel's legal credentials. *See* Dkts. # 27, 28, 32.

DATED this 13th day of May, 2025.

The Honorable Richard A. Jones
United States District Judge

ORDER – 2